# Nebraska Court of Appeals Memorandum Opinions
## NOT Selected for Posting to Court Website

## (released April 18, 2023)

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-21-649 | Conover v. Conover |
| A-22-714, A-22-715 | In re Interest of Georgia W. & Skyla W. |
| A-22-724, A-22-725 | In re Interest of Harmonee K. & Hannah K. |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.